IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
| **Plaintiff** | * |
| v. | * Civil Action No. 07-CV- 00291 RMC |
| **UNITED STATES OF AMERICA, et al.** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, Toyja E. Kelley, attorney for the plaintiff, certify that on February 8, 2007, a copy of the Summons and Complaint in the above captioned case was hand delivered to Jeffrey A Taylor, United States Attorney for the District of Columbia. On February 12, 2007, copies of the Summons and Complaint in the above-captioned case were sent by certified mail to The Honorable Alberto R. Gonzales, United States Attorney General, and to Mark W. Everson, Commissioner of the Internal Revenue Service. The Summons and Complaint were received by Ernest Parker on February 16, 2007 on behalf of the Attorney General. The Summons and Complaint were received by Commissioner Everson on or about Feb 16, 2007. Copies of the return receipt cards are attached as Exhibit 1.

#627565v.1

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.


Dated: <u>March 28, 2007</u>              /s/ _____
                                          Alan M. Grochal, D.C. Bar No. 315218
                                          Toyja E. Kelley, D.C. Bar No. 482977
                                          **TYDINGS & ROSENBERG LLP**
                                          100 East Pratt Street
                                          26th Floor
                                          Baltimore, Maryland  21202
                                          (410) 752-9700

                                          **Attorneys for Plaintiff
                                          Industrial Bank, N.A.**

#627565v.1                         2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 28th day of March, 2007, copies of the foregoing Affidavit of Service were sent, via first class mail, postage prepaid to the following: Jeffrey A. Taylor, Esq., United Sates Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530; The Honorable Albert R. Gonzales, Esq., United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530, Mark Everson, Commissioner Internal Revenue Service, 1111 Constitution Avenue, N.W., Washington, D.C. 20224.

                /s/_____
                Toyja E. Kelley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Mark W. Everson, Commissioner
Internal Revenue Service
1111 Constitution Ave., N.W.
Washington, D.C. 20224

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 1 6 2007

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7003 1010 0002 0044 7971

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) FEB 1 6 2007    C. Date of Delivery 2/16/07

1. Article Addressed to:

The Honorable Alberto R. Gonzales
United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7003 1010 0002 0044 7988

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540