## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
| **Plaintiff** | * |
| v. | *  Civil Action No. 07-CV- 00291 RMC |
| **UNITED STATES OF AMERICA, et al.** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, Toyja E. Kelley, attorney for the plaintiff, certify that on February 8, 2007, a copy of the Summons and Complaint in the above captioned case was hand delivered to Jeffrey A Taylor, United States Attorney for the District of Columbia. On February 12, 2007, copies of the Summons and Complaint in the above-captioned case were sent by certified mail to The Honorable Alberto R. Gonzales, United States Attorney General, and to Mark W. Everson, Commissioner of the Internal Revenue Service. The Summons and Complaint were received by Ernest Parker on February 16, 2007 on behalf of the Attorney General. The Summons and Complaint were received by Commissioner Everson on or about Feb 16, 2007. Copies of the return receipt cards are attached as Exhibit 1.

#627565v.1

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

Dated: <u>March 28, 2007</u>        /s/_____
Alan M. Grochal, D.C. Bar No. 315218
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street
26th Floor
Baltimore, Maryland  21202
(410) 752-9700

**Attorneys for Plaintiff
Industrial Bank, N.A.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2007, copies of the foregoing Affidavit of Service were sent, via first class mail, postage prepaid to the following: Jeffrey A. Taylor, Esq., United Sates Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530; The Honorable Albert R. Gonzales, Esq., United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530, Mark Everson, Commissioner Internal Revenue Service, 1111 Constitution Avenue, N.W., Washington, D.C. 20224.

/s/
Toyja E. Kelley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark W. Everson, Commissioner
   Internal Revenue Service
   1111 Constitution Ave., N.W.
   Washington, D.C. 20224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEB 1 6 2007

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 0044 7971

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Honorable Alberto R. Gonzales
   United States Attorney General
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 16 2007                   2/16/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0002 0044 7988

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540