# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**INDUSTRIAL BANK, N.A.**               *

      **Plaintiff/Counter-Plaintiff**   *

v.                                       * Civil Action No. 07-CV- 00291 RMC

**UNITED STATES OF AMERICA, et al.**    *

      **Defendants/Counter-Plaintiffs**  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER TO COUNTERCLAIM

Plaintiff, Industrial Bank, N.A. (the "Bank"), by counsel, answers the counterclaim filed by Defendants/Counter-Plaintiffs and states:

1. The allegations of paragraph 43 of the Counterclaim are admitted.

2. The allegations of paragraph 44 of the Counterclaim are admitted.

3. The Bank does not have sufficient information to either admit or deny the allegations contained in paragraph 45 the Counterclaim and therefore denies them.

4. The Bank does not have sufficient information to either admit or deny the allegations contained in paragraph 46 the Counterclaim and therefore denies them.

5. The Bank does not have sufficient information to either admit or deny the allegations contained in paragraph 47 the Counterclaim and therefore denies them.

6. The Bank does not have sufficient information to either admit or deny the allegations contained in paragraph 48 the Counterclaim and therefore denies them.

7. The allegations of paragraph 49 of the Counterclaim are admitted.

8. The allegations of paragraph 50 of the Counterclaim are denied.

9. The allegations of paragraph 51 of the Counterclaim are admitted.

10. The allegations of paragraph 52 of the Counterclaim are admitted.

11. The allegations of paragraph 53 of the Counterclaim are admitted.

12. The Bank admits that it learned, on or about August 14, 2006, that the IRS had advised the SBA of a tax levy against Nexgen. The Bank, otherwise, does not have sufficient information to either admit or deny the remaining allegations contained in paragraph 54 of the Counterclaim and therefore denies them.

13. The allegations of paragraph 55 of the Counterclaim are denied.

14. The allegations of paragraph 56 of the Counterclaim are denied.

15. The allegations of paragraph 57 of the Counterclaim are denied.

16. The allegations of paragraph 58 of the Counterclaim are denied.

17. The allegations of paragraph 59 of the Counterclaim are denied.

18. The allegations of paragraph 60 of the Counterclaim are denied.

19. The allegations of paragraph 61 of the Counterclaim are denied.

## Affirmative Defenses

1. The Counterclaim fails to state a claim upon which relief may be granted.

2. Defendants/Counter-Plaintiffs have failed to join a party needed for just adjudication under Fed. R. Civ. Pro. 19.

3. Defendants/Counter-Plaintiffs' claims are barred by the equitable doctrine of laches.

4. Defendants/Counter-Plaintiffs are estopped by their own acts, conduct, or omissions from asserting some or all of the claims set forth in the Counterclaim.

5. Defendants/counter-plaintiffs are barred by the doctrine of unclean hands from asserting some or all of the claims set forth in the Counterclaim.

6. The Bank generally denies the allegations of liability in the Counterclaim.

WHEREFORE, Plaintiff respectfully requests that this Court order that the Defendants' counterclaim be dismissed with prejudice, and such other and further relief as justice may require.

                                          Respectfully submitted,

Date: May 3, 2007                          /s/_____
                                          Alan M. Grochal, D.C. Bar No. 315218
                                          Toyja E. Kelley, D.C. Bar No. 482977
                                          **TYDINGS & ROSENBERG LLP**
                                          100 East Pratt Street, 26th Floor
                                          Baltimore, Maryland  21202
                                          Phone: (410) 752-9700

                                        **Attorneys for Plaintiff/Counter-Defendant**
                                        **Industrial Bank, N.A.**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of May 2007, a copy of the foregoing Answer to Counterclaim, was served via the CM/ECF system on:

Dara B. Oliphant, Esq.
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

**Attorney for Defendants/Counter-Plaintiffs**

/s/
Toyja E. Kelley