IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDUSTRIAL BANK, N.A. | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | Civil Action No. 07-cv-291 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et. al, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim Plaintiffs. | ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY

The parties, through undersigned counsel, jointly move for an extension of discovery period, and in support of this motion, state as follows:

1.     The discovery period in this case is scheduled to end on August 24, 2007.

2.     The parties have diligently pursued discovery in this matter within the deadlines imposed by this court.  Specifically, prior to the Initial Scheduling Conference, the United States requested informal discovery, and subsequently, served the plaintiff with formal discovery.  The plaintiff has requested an enlargement of the time to respond to those requests, which the United States granted.  At this point, the United States believes that, upon receiving the

2694278.1

plaintiff's responses, it may need to serve follow-up requests and take depositions.

3.     Moreover, the parties are beginning to discuss the possibility of reaching a settlement of this matter, and accordingly, wish to postpone the upcoming motions' deadline.

4.     To that end, the parties request a sixty-day extension of the discovery period, and a corresponding enlargement of all other deadlines and due dates, in order to provide time to continue with discovery if settlement efforts prove to be unsuccessful. The specific dates requested are as follows:

(a)     Deadline to complete all discovery: October 19, 2007.

(b)     Post-discovery status conference: On or around October 26, 2007.

(c)     Deadline to file dispositive motions: December 14, 2007.

(d)     Deadline to respond to dispositive motions: January 4, 2008.

(e)     Deadline to reply to responses to dispositive motions:   January 18, 2008.

(f)     Proposed due date for Court's decision on dispositive motion/Status conference setting final pretrial conference and trial dates: March 21, 2008.

2694278.1

A proposed order granting the requested relief is attached.

Dated: August 21, 2007.

Respectfully submitted,

For the Plaintiff:                            For the Defendant:


 /s/ Toyja E. Kelley                           /s/ Dara B. Oliphant
Alan M. Grochal                               Dara B. Oliphant
Toyja E. Kelley                               Trial Attorney, Tax Division
Tydings & Rosenberg, LLP                      U. S. Department of Justice
100 East Pratt Street, 26th floor             P.O. Box 227, Ben Franklin Station
Baltimore, MD  21202                          Washington, DC  20044
Telephone: (410) 752-9700                     Telephone:  (202) 616-2470
                                              e-mail: Dara.B.Oliphant@usdoj.gov

                                              OF COUNSEL:

                                              Jeffrey A. Taylor
                                              United States Attorney
                                              Telephone:  (202) 616-9785
                                                          (202) 307-6669

2694278.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INDUSTRIAL BANK, N.A.   )
           )
 Plaintiff and     )
  Counterclaim Defendant, ) Civil Action No. 07-cv-291 (RMC)
           )
 v.         )
           )
UNITED STATES OF AMERICA, et. al, )
           )
 Defendants and    )
  Counterclaim Plaintiffs.  )

ORDER

The Court, having considered the parties' Joint Motion for Extension of Discovery, and finding good cause shown, hereby orders that the discovery period is extended for 60 days, and all subsequent deadlines are continued accordingly.

As a result, the Scheduling Order entered May 25, 2007 is hereby amended to reflect the following:

1. All discovery shall be completed no later than October 19, 2007.  A post-discovery status conference will be held on October ___, 2007 at _____ .m.

2694278.1

2.      Dispositive motions shall be filed no later than December 14, 2007;

responses shall be filed no later than January 4, 2008; and replies, if

any, shall be filed no later than January 18, 2008.

3.      A further status conference is scheduled for March _____, 2008 at

_____m., at which time a pretrial conference date and a trial date

will be selected.


SO ORDERED this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

2694278.1