IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
|     **Plaintiff/Counter-Plaintiff** | * |
| v. | *   Civil Action No. 07-CV- 00291 RMC |
| **UNITED STATES OF AMERICA, et al.** | * |
|     **Defendants/Counter-Plaintiffs** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST FOR MEDIATION

Plaintiff, Industrial Bank, N.A. (the "Bank"), by undersigned counsel, hereby requests that this matter be set in for mediation. The Bank further requests that this matter be assigned to a United States Magistrate Judge as discussed by the parties at the status conference on October 25, 2007.

Date: October 31, 2007                   /s/
                                               Alan M. Grochal, D.C. Bar No. 315218
                                               Toyja E. Kelley, D.C. Bar No. 482977
                                              **TYDINGS & ROSENBERG LLP**
                                              100 East Pratt Street, 26th Floor
                                              Baltimore, Maryland  21202
                                              Phone: (410) 752-9700

                                             **Attorneys for Plaintiff/Counter-Defendant**
                                             **Industrial Bank, N.A.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October 2007, a copy of the foregoing Request for Mediation, was served via the CM/ECF system on:

Dara B. Oliphant, Esq.
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

**Attorney for Defendants/Counter-Plaintiffs**

/s/
Toyja E. Kelley