IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A.           ) | |
|                                          ) | |
|   Plaintiff and                           ) | |
|     Counterclaim Defendant,        ) | No. 07-cv-291 (RMC) |
|                                          ) | |
|   v.                                          ) | |
| UNITED STATES, et al.,               ) | |
|   Defendants and                    ) | |
|     Counterclaim Plaintiffs.          ) | |

**ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL**

To the Clerk of the Court and all parties of record:

Please notice the appearance of Benjamin J. Weir as an attorney on behalf of the United States of America and the Commissioner of the Internal Revenue Service in this matter. I certify that I am admitted to practice in this Court.

Additionally, please substitute Benjamin J. Weir as lead attorney and counsel of record on behalf of the United States of America and the Commissioner of the Internal Revenue Service.

Dated: December 13, 2007

                                              Respectfully submitted,

                                              _/s/ Benjamin J. Weir_
                                              BENJAMIN J. WEIR (D.C. Bar No. 494045)
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 227
                                              Ben Franklin Station
                                              Washington, D.C.  20044
                                              Telephone: (202) 307-0855
                                              Fax: (202) 514-6866
                                              benjamin.j.weir@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

I, Benjamin J. Weir, certify that on December 13, 2007, I caused a copy of the foregoing entry of appearance and notice of substitution of counsel to be served upon the following via the Court's ECF protocol:

>Alan M. Grochal
>Toyja E. Kelley
>Tydings & Rosenberg, LLP
>100 East Pratt Street, 26th floor
>Baltimore, Maryland 21202.

>/s/Benjamin J. Weir
>BENJAMIN J. WEIR