IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | No.: 07-cv-291 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |

**PRAECIPE**

The United States seeks to correct a recurrent typographical error contained within the declaration of John W. Klein, the statement of undisputed facts, and the memorandum of law in support of the United States' motion for summary judgment. Each of these documents incorrectly states that the stipulation of settlement between Nexgen Solutions and the Small Business Administration was entered on *October* 15, 2004.  (See Klein Decl. ¶ 20; Defs.' Mem. of Law in Support 6, 9; Defs.' Statement of Undisputed Material Facts ¶ 19.)  As plaintiff correctly pointed out in its motion for summary judgment, the stipulation of settlement was actually signed on *November* 15, 2004. (Pl.'s Mem. of Law in Support 3; Ex. 4.)

The error was of typographical nature as the stipulation of settlement, which is attached as an exhibit to both parties' motions for summary judgment, clearly shows that the contract was signed on November 15, 2008. (See Klein Decl. Ex. 104; Pl.'s Mem.

of Law in Support Ex. 4.) The error is not material and the United States files this praecipe to notify the Court of its error.

Dated: March 17, 2008

          Respectfully submitted,

            /s/ Benjamin J. Weir
          BENJAMIN J. WEIR (D.C. Bar No. 494045)
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 227
          Ben Franklin Station
          Washington, D.C.  20044
          Telephone: (202) 307-0855
          Fax: (202) 514-6866
          benjamin.j.weir@usdoj.gov
          *Counsel for United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on March 17, 2008, I caused a copy of the foregoing praecipe to be served upon the following via the Court's ECF protocol:

>Alan M. Grochal
>Toyja E. Kelley
>Tydings & Rosenberg, LLP
>100 East Pratt Street, 26th floor
>Baltimore, Maryland 21202
>agrochal@tydingslaw.com
>tkelley@tydingslaw.com.

>/s/ Benjamin J. Weir
>BENJAMIN J. WEIR