IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INDUSTRIAL BANK, N.A.,                )
                                      )
    Plaintiff and                     )
        Counterclaim Defendant,       )    No.: 07-cv-291 (RMC)
                                      )
        v.                            )
                                      )
UNITED STATES, et al.,                )
                                      )
    Defendants and                    )
        Counterclaim Plaintiffs.      )

## SECOND DECLARATION OF BENJAMIN J. WEIR

I, Benjamin J. Weir, counsel for the defendant in the above captioned matter,

declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am employed as a trial attorney with the Tax Division of the United

States Department of Justice. In this capacity I am one of the attorneys that has

litigation responsibility for the above captioned case.

2.    Attached hereto as Exhibit 105 is a true and correct copy of a print out

from the Maryland Department of Assessments and Taxation website, which can be

searched for security interest and UCC filings utilizing the "Business Data Search"

feature. (available at: http://www.dat.state.md.us/) (last viewed April 8, 2008).

3.    Attached hereto as Exhibit 106 is a true and correct copy of a financing

statement filed by Industrial Bank against Nexgen on September 18, 1995, which was

obtained from the Washington, D.C. Recorder of Deeds searchable online database.

(available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008).

3188486.1

The document # for the financing statement is 9500017656.

    4.    Attached hereto as Exhibit 107 is a true and correct copy of a continuation statement filed by Industrial Bank against Nexgen on August 25, 2000, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the continuation statement is 2000077049.

    5.    Attached hereto as Exhibit 108 is a true and correct copy of a continuation statement filed by Industrial Bank against Nexgen on June 28, 2007, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the continuation statement is 2007085574.

    6.    Attached hereto as Exhibit 109 is a true and correct copy of a financing statement filed by Industrial Bank against Nexgen on October 2, 1996, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the financing statement is 9600017147.

    7.    Attached hereto as Exhibit 110 is a true and correct copy of a continuation statement filed by Industrial Bank against Nexgen on September 21, 2001, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the continuation statement is 200109508.

3188486.1

8.     Attached hereto as Exhibit 111 is a true and correct copy of a continuation statement filed by Industrial Bank against Nexgen on June 28, 2007, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the continuation is 2007085575.

9.     Attached hereto as Exhibit 112 is a true and correct copy of a financing statement filed by Industrial Bank against Nexgen on April 19, 1995, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the financing statement is 9500007704.

10.     Attached hereto as Exhibit 113 is a true and correct copy of a continuation statement filed by Industrial Bank against Nexgen on April 5, 2000, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the UCC financing statement amendment is 2000032716.

11.     Attached hereto as Exhibit 114 is a true and correct copy of a continuation filed by Industrial Bank against Nexgen on June 28, 2007, which was obtained from the Washington, D.C. Recorder of Deeds searchable online database. (available at: http://www.washington.dc.us.landata.com/#) (last visited Apr. 8, 2008). The document # for the continuation statement is 2007085576.

3188486.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2008.

BENJAMIN J. WEIR
Washington, District of Columbia

4

# EXHIBIT 105

2915584.1



**Maryland Department of Assessments and Taxation**

**Taxpayer Services Division**
301 West Preston Street W Baltimore, MD 21201   (2007 vw2.3)

**Main Menu** | **Security Interest Filings (UCC)** **New Search** | **Business Entity Information (Charter/Personal Property)** | **Rate Stabilization Notices** | **Get Forms** | **Certificate of Status** | **SDAT Home**

**Taxpayer Services Division**

**NEXGEN SOLUTIONS INC**
**Filing Details (History)**

**Filing Status: LAPSED**

All records received by the Department through 04/02/2008 are shown.

---

**Debtor Information for File Number: 0000000171988033**

**Name**                                                          **Address**

NEXGEN SOLUTIONS, INC.                                            SEE MICROFILM

**Secured Party Information for File Number: 0000000171988033**

**Name**                                                          **Address**

INDUSTRIAL BANK, NATIONAL ASSOCIATION                            SEE MICROFILM

# EXHIBIT 106

2915584.1

This FINANCING STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

Debtor(s) (Last Name first) and mailing address:

NEXGEN Solutions, Inc.
1010 Vermont Avenue, N.W., #600
Washington, DC 20005

Secured Party(ies) Name and address:

INDUSTRIAL BANK, NATIONAL ASSOCIATION
2002 ELEVENTH STREET N.W.
WASHINGTON, DC 20001

Name and address of Assignee of Secured Party:

This Financing Statement covers the following types (or items) of collateral (of collateral is crops growing or to be grown or goods which are or are to become fixtures, also describe real estate concerned and add name and address of record owner or record lessee of real estate):

All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles and Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

This Financing Statement is to be recorded in the real estate records. Some or all of the collateral is located on the following described real estate: 1010 Vermont Avenue, N.W., Washington, D.C. 20005

Name and address of record owner or lessee of real estate concerned:

Check ☒ if covered ☒ Proceeds of collateral are also covered ☒ Products of collateral are also covered. Number of additional sheets presented: . . . . .

File with: Recorder of Deeds of District of Columbia

This statement is filed without the debtor's signature to perfect a security interest in collateral. (check appropriate box)

☐ already subject to a security interest in the state of _____ when it was brought into this state, or

☐ which is proceeds of the original collateral described above in which a security interest was perfected.

NEXGEN Solutions, Inc.

By _____ (Signature(s) of Debtor(s))

Edward Hawkins, Jr., President

(1) Golden Copy.

INDUSTRIAL BANK, NATIONAL ASSOCIATION

By _____ (Signature(s) of Secured Party(ies))

# EXHIBIT 107

2915584.1

Doc# 2000077049

**STATEMENT OF CONTINUATION, TERMINATION, RELEASE, ASSIGNMENT, ETC.**
**(UUC-3)**

This STATEMENT is presented to a filing Officer for filing pursuant to the
Uniform Commercial Code:

1. Debtor Name and Address:

   **Nexgen Solutions, Inc.**
   1010 Vermont Avenue, NW, #400
   Washington, D.C. 20005

2. Secured Party and Address:

   **Industrial Bank, NA**
   formerly known as Industrial Bank of Washington
   2002 11th Street, NW
   Washington, D.C. 20001

3. Maturity Date (if any):

4. This Statement refers to original Financing Statement bearing
   File No.: **9500017656**          Filed Date: **09/18/95**
   Filed with:  Recorder of Deeds of District of Columbia (chattel);

**CONTINUATION**
The original Financing Statement between the foregoing Debtor and Secured Party,
bearing file number shown above, is still effective.

☐ **TERMINATION**
The original Financing Statement identified above by the file number is terminated
and the Secured Party no longer claims a security interest under the financing
statement.

☐ **RELEASE**
From the property described in the original Financial Statement identified above, the
property described below is released.

☐ **ASSIGNMENT**
The Secured Party assigns to the Assignee named below the rights of the secured
party under the original Financing Statement identified above.

☐ **OTHER** – Change of Address:

Secured Party:

Industrial Bank, NA

By: _____
Roydell Stephens,
Loan Operations Officer

After recording return to:

**Industrial Bank, NA**
2002 11th Street, NW
Washington, D.C. 20001
Attn:  Roydell Stephens
Commercial Loan Dept.

Doc# 2000077049
Book:
Page:
Filed & Recorded
    08/25/2000  02:58:35 PM
HENRY M. TERRELL
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
   SURCHARGE          $     5.00
   RECORDING          $    15.00

# EXHIBIT 108

2915584.1

Doc# 2007085574
Filed & Recorded
06/28/2007   10:58AM
LARRY TODD
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
SURCHARGE          $        6.50
UCCRECORD          $       40.00
Total:             $       46.50

Doc # 2007085574

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
VIOLET MOSES (202) 722-2000 X 3103

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

INDUSTRIAL BANK, N.A.
2002 11TH STREET, N.W.
WASHINGTON, D.C. 20001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 200007 70 49 | ☐ |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INDUSTRIAL BANK, N.A. | | | |
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Nexgen Solutions, Inc.   #

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)



# EXHIBIT 109

2915584.1

This FINANCING STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code

**1. Debtor(s) (Last Name First) and address(es)**

Maxon Solutions, Inc.
1010 Vermont Avenue, N.W.
Suite 400
Washington, D.C. 20005

**2. Secured Party(ies) and address(es)**

Industrial Bank, N.A.
2002 11th Street, N.W.
Washington, D.C. 20001

**3. Maturity date (if any)**

**For Filing Officer (Date, Time, Number and Filing Office)**

95 OCT -2 PM 3:26

9600017147

**4. This financing statement covers the following types (or items) of property**

SEE SCHEDULE "A" ATTACHED HERETO

**5. Assignee(s) of Secured Party and Address(es)**

This statement is filed without the debtor's signature to perfect a security interest in collateral (check ☒ if so)

☐ already subject to a security interest in another jurisdiction when it was brought into this state
☐ which is proceeds of the original collateral described above in which a security interest was perfected.

Check ☒ if covered: ☐ Proceeds of Collateral are also covered ☒ Products of Collateral are also covered    No. of additional Sheets presented:    Filed with

Maxon Solutions, Inc.                          Industrial Bank, N.A.

President                                       AVP
Title                                           Title
Signature(s) of Debtor(s)                       Signature(s) of Secured Party(ies)
(1) Filing Officer Copy-Alphabetical            STANDARD FORM - FORM U.C.C.-1.    (For Use In Most States)



**INDUSTRIAL BANK, N.A.**          Schedule "A" to UCC-1 Financing Statement

All goods  inventory  merchandise  materials  and other personal property now owned or hereafter
acquired by Debtor that are held for sale or lease, or are furnished or to be furnished under any
contract of service  or are used or consumed  additions  or accessories therefore and thereto  and

All machinery  equipment  furniture  and fixtures  now owned or hereafter acquired by Debtor  and
used or acquired for use in the business of Debtor  together with all accessories thereto  and all
substitutions and replacements thereof and parts therefor  and including  but not limited to  all
listed on the schedule attached hereto  and

All cash or non cash proceeds of any of the foregoing  including insurance proceeds, and

All  ledger sheets  files  records  documents  and instruments  including  but not limited to
computer programs  tapes  and related electronic data processing software  evidencing or interest
or relating to  the above  and

All instruments  documents  securities  cash  property  and the proceeds of any of the foregoing
owned by Debtor or in which Debtor has an interest  which now or hereafter are at any time in the
possession or control of Secured Party or in transit by mail or carrier to or in the possession of
any third party acting on behalf of Secured Party  without regard to whether Secured Party received
the same in pledge  for safekeeping  as agent for collection or transmission  or whether Secured
Party had conditionally released the same

All accounts  accounts and notes receivable  conditional bills of sale  installment contracts.
contract rights  security agreements  instruments  documents  chattel paper  repossessions  returns.
deposit accounts  rights to payment owing to the Debtor from third parties, general intangibles
including  but not limited to  choses in action  tax refunds, and insurance proceeds  and any other
obligations or indebtedness owed to Borrower from whatever source arising  all rights of Borrower
to receive any payments in money or kind  all guarantees of the foregoing and security therefor; all
of the right  title  and interest of Borrower in and with respect to the goods  services  or other
property that give rise to or that secure any of the foregoing  and any insurance policies and
proceeds relating thereto  and all rights of Borrower as an unpaid seller of goods and services
including  but not limited to  the rights of stoppage in transit  replevin  reclamation and resale
and all of the foregoing  whether now owned or existing or hereafter created or acquired

Nathan Advertising  Inc   Debtor                     Industrial Bank  N.A.  Secured Party
By  Edward Howlette Jr  President                    By   Thomas McLaurin  Jr  Assistant Vice President

Attest                                               Attest

Corporate Seal                                       Corporate Seal

By                                                   By

96 OCT -2 PM 3:26

960001 7147

# EXHIBIT 110

2915584.1

**STATEMENT OF CONTINUATION, TERMINATION, RELEASE, ASSIGNMENT, ETC.**
(UCC-3)

Doc# 2001091508

This STATEMENT is presented to a filing officer for filing
pursuant to the Uniform Commercial Code:

1. Debtor Name and address:

   **Nexgen Solutions, Inc.**
   1010 Vermont Avenue, N.W.
   Suite 400
   Washington, D.C. 20005

2. Secured Party and address:

   **Industrial Bank N.A.**
   formerly known as Industrial Bank of Washington
   2002 11th Street, NW
   Washington, D.C. 20001

3. Maturity Date (if any):

4. This statement refers to original Financing Statements bearing
   File No.: 9600017147    Filed Date: **10/02/96**
   Filed with: Recorder of Deeds of District of Columbia
   (chattel);

☑ **CONTINUATION**
   The original Financing Statement between the foregoing debtor
   and Secured Party, bearing file number shown above, is still
   effective.

❑ **TERMINATION**
   The original Financing Statement identified above by the file
   number is terminated and the secured party no longer claims a
   security interest under the financing statement .

❑ **RELEASE**
   From the property described in the original Financing Statement
   identified above, the property described below is released.

❑ **ASSIGNMENT**
   The secured party assigns to the assignee named below the
   rights of the secured party under the original Financing
   Statement identified above.

❑ **OTHER** - Change of Address:

                              Secured Party:

                              Industrial Bank N.A.

                              By: _Roydell Stephens_
                                 Roydell Stephens,
                                 Loan Operations Officer

After recording return to:

**Industrial Bank, N.A.**
2002 11th Street, N.W.
Washington, DC 20001
Attn: Roydell Stephens
Commercial Loan Dept.



Doc# 2001091506
Book:
Page:
Filed & Recorded
09/21/2001 10:36:43 AM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
SURCHARGE      5.00
RECORDING     15.00

# EXHIBIT 111

2915584.1

Doc# 2007085575
Filed & Recorded
06/28/2007   10:58AM
LARRY TODD
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
SURCHARGE            $       6.50
UCCRECORD            $      40.00
Total:               $      46.50

Doc# 2007085575

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
VIOLET MOSES (202) 722-2000 X 3103

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

INDUSTRIAL BANK, N.A.
2002 11TH STREET, N.W.
WASHINGTON, D.C. 20001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # 96 00017147

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME INDUSTRIAL BANK, N.A. | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Nexgen Solutions, Inc.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# EXHIBIT 112

2915584.1

00147.556

This FINANCING STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

| Debtor(s) (Last Name first) and mailing address | Secured Party(ies) Name and address | For Filing Officer (Date, Time, Number and Filing Office) |
|---|---|---|
| Nexgen Solutions, Inc.<br><br>1818 Vermont Avenue, N.W., Suite 618<br>Washington, DC 20011 | Industrial Bank of Washington<br>2002 11th Street N.W.<br>Washington, DC 20001 | |

This Financing Statement covers the following types (or items) of collateral (if collateral is crops growing or to be grown or goods which are or are to become fixtures, also describe real estate concerned and add name and address of record owner or record lessee of real estate):

**Name and address of Assignee of Secured Party**

All Inventory, Chattel Paper, Accounts, Contract Rights, Equipment, General Intangibles and Fixtures; together with the following specifically described property: Blanket lien on business assets.; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

**Name and address of record owner or lessee of real estate concerned**

This Financing Statement is to be recorded in the real estate records. Some or all of the collateral is located on the following described real estate: 1810 Vermont Ave, N.W., Suite 618, Washington, D.C. 20011

Check ☒ if covered.      ☒ Proceeds of collateral are also covered.      ☒ Products of collateral are also covered.      Number of additional sheets presented:

Filed with: **Recorder of Deeds of District of Columbia**

This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box)

☐ already subject to a security interest in the state of _____ when it was brought into this state, or

☐ which is proceeds of the original collateral described above in which a security interest was perfected.

Nexgen Solutions, Inc.

Industrial Bank of Washington

By: _____     By: _____
Signature(s) of Debtor(s)                    Signature(s) of Secured Party(ies)

Edward Howlette, Jr., President
(1) Filing Officer Copy—Alphabetical.



# EXHIBIT 113

2915584.1

Doc#. 2000032716

**STATEMENT OF CONTINUATION, TERMINATION, RELEASE, ASSIGNMENT, ETC.**
**(UCC-3)**

This STATEMENT is presented to a filing officer for filing
pursuant to the Uniform Commercial Code:

1. Debtor Name and address:

   **NEXGEN SOLUTIONS, INC.**
   1010 Vermont Avenue, N.W., Suite 618
   Washington, DC 20011

2. Secured Party and address:

   **Industrial Bank N.A.**
   formerly known as Industrial Bank of Washington
   2002 11th Street, NW
   Washington, D.C. 20001

3. Maturity Date (if any):

4. This statement refers to original Financing Statement bearing
   File No.: 9500007704    Filed Date: 04/19/95
   Filed with: Recorder of Deeds of District of Columbia
       (chattel);

☑ **CONTINUATION**
   The original Financing Statement between the foregoing debtor
   and Secured Party, bearing file number shown above, is still
   effective.

❑ **TERMINATION**
   The original Financing Statement identified above by the file
   number is terminated and the secured party no longer claims a
   security interest under the financing statement .

❑ **RELEASE**
   From the property described in the original Financing Statement
   identified above, the property described below is released.

❑ **ASSIGNMENT**
   The secured party assigns to the assignee named below the
   rights of the secured party under the original Financing
   Statement identified above.

❑ **OTHER** - Change of Address:

Secured Party:

Industrial Bank N.A.

By: _Roydell Stephens_
     Roydell Stephens,
     Loan Operations Officer

After recording return to:

**Industrial Bank, N.A.**
2002 11th Street, N.W.
Washington, DC 20001
Attn: Roydell Stephens
Commercial Loan Dept.

Doc# 2000032716
# Pages 1
  04/05/00  09:20:39 AM
Filed & Recorded in
Official Records of
WASHINGTON D.C. RECORDER OF DEEDS
HENRY N. TERRELL
RECORDER OF DEEDS
Fees $35.00

# EXHIBIT 114

2915584.1

Doc# 2007085576
Filed & Recorded
06/28/2007  10:58AM
LARRY TODD
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
SURCHARGE          $       6.50
UCCRECORD          $      40.00
Total:             $      46.50

Doc# 2007085576

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
VIOLET MOSES (202) 722-2000 X 3103

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    INDUSTRIAL BANK, N.A.
    2002 11TH STREET, N.W.
    WASHINGTON, D.C. 20001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000 032 716

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INDUSTRIAL BANK, N.A. | | | |
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Nexgen Solutions, Inc.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

